IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No.: 3:25-CV-00682

JAX REFRIGERATION, INC. DBA
JAX MECHANICAL,
JAX REFRIGERATION, LLC,
JAX HVAC, INC., LDDV, LLC,
LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, AND
SAMANTHA A. LOWERY,

    Defendants.
_____/

**PLAINTIFF'S AMENDED DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐    No.

    ☒    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐    The filer has no parent corporation.

        ☒    No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

The Gray Insurance Company, a corporation organized under the laws of the State of Louisiana with its principal place of business in the State of Louisiana, making it a citizen of the State of Louisiana.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☐ No.

☒ Yes. However, the product issued by Gray is a surety bond and there is not an insured. Therefore, § 1332(c)(1) is not applicable.

d. Is the filer a legal representative?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

    ☐    No.

    ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

    ☒    No.

    ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

        The Gray Insurance Company, Plaintiff

        Gray & Company, owner of The Gray Insurance Company

        Paskert Divers Thompson, Gray's counsel

    Alberta L. Adams, Esq., Gray's counsel

    JAX Refrigeration, Inc. dba JAX Mechanical, Defendant

    JAX Refrigeration, LLC, Defendant

    JAX HVAC, Inc., Defendant

    LDDV, LLC, Defendant

    Lowery Revocable Family Trust, Defendant

    Mark A. Lowery, Defendant

    Samantha A. Lowery, Defendant

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

  ☒ No.

  ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

  ☒ No.

  ☐ Yes, and the debtor is [].

  ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

  ☒ No.

  ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

   ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

Signed:

/s/ *Alberta L. Adams*
ALBERTA L. ADAMS
Florida Bar No. 80063
aadams@pdtlegal.com
PASKERT DIVERS THOMPSON
100 North Tampa Street, Suite 3700
Tampa, FL 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502
*Attorneys for The Gray Insurance Company*