# RETURN OF SERVICE

**State of Florida**  **County of Middle**

Case Number: 3:25-CV-00682-MMH-SJH

Plaintiff:
**The Gray Insurance Company**

vs.

Defendant:
**JAX Refrigeration, Inc. dba JAX Mechanical;
JAX Refrigeration, LLC; JAX HVAC, Inc.; LDDV, LLC;
Lowery Revocable Family Trust; Mark A. Lowery; and
Samantha A. Lowery**



KDY2025026125

For:
PASKERT DIVERS THOMPSON
100 NORTH TAMPA STREET
SUITE 3700
TAMPA, FL 33602

Received by WILLIAM RISER on the 19th day of June, 2025 at 10:58 am to be served on **JAX REFRIGERATION LLC C/O COGENCY GLOBAL INC REGISTERED AGENT, 115 NORTH CALHOUN ST, SUITE 4, TALLAHASSEE, FL 32301**.

I, WILLIAM RISER, do hereby affirm that on the **19th day of June, 2025** at **12:10 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS AND COMPLAINT** to: **JANELLA ROSE** as CLIENT SERVICE SPECIALIST, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **115 N. CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301.** on behalf of **JAX REFRIGERATION LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: BLACK, Height: 5'5", Weight: 140, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

WILLIAM RISER
288

FAST-TRACK LEGAL SERVICES INC
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595

Our Job Serial Number: KDY-2025026125