UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:25-cv-00682-MHH-SJH

THE GRAY INSURANCE COMPANY,

    Plaintiff,

v.

JAX REFRIGERATION, INC d/b/a JAX Mechanical,
JAX REFRIGERATION, LLC; JAX HVAC, INC.,
LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, and SAMANTHA A. LOWERY,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Defendants, JAX REFRIGERATION, INC d/b/a JAX Mechanical, JAX REFRIGERATION, LLC; JAX HVAC, INC., LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST, MARK A. LOWERY, and SAMANTHA A. LOWERY (collectively the "Defendants"), by and through their undersigned counsel, and pursuant to the Federal Rule of Civil Procedure 6 and Local Rules 6.1 and 7.1 hereby files this Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint and in support thereof states as follows:

1. Undersigned counsel, Helen H. Albee has been engaged to represent the Defendants in this matter.

2. Service was effectuated upon Defendant Jax Refrigeration, Inc. on June 19, 2025. Jax Refrigeration, Inc.'s response to the Complaint is due on July 10, 2025.

3. Due to the undersigned counsel's commitments in other pending matters, undersigned counsel, on behalf of the Defendants, requests a brief extension of time

        up to and including July 30, 2025 within which to respond to the Complaint in this matter on behalf of all Defendants. This extension will allow time to prepare the appropriate response to the Complaint for each Defendant.

4. This Motion is made in good faith, for good cause and not for purposes of undue delay.

5. **LOCAL RULE 7.1 (B) CERTIFICATION** – I hereby certify that I conferred with Alberta L. Adams, counsel for the Plaintiff, and that she has no objection to the granting of this Motion for Extension of Time.

WHEREFORE, Defendants, JAX REFRIGERATION, INC d/b/a JAX Mechanical, JAX REFRIGERATION, LLC; JAX HVAC, INC., LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST, MARK A. LOWERY, and SAMANTHA A. LOWERY respectfully requests that this Court enter an Order granting their Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

        Respectfully submitted,

        **TRITT & ASSOCIATES, P.A.**

        By: s/Helen H. Albee
        Helen H. Albee
        Florida Bar No.: 987247
        707 Peninsular Place
        Jacksonville, FL 32204
        Telephone: (904) 354-5200
        Facsimile: (904) 354-5256
        Email:  helen.albee@atritt.com
        Attorneys for all named Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to Alberta L. Adams, Paskert Divers Thompson, 100 N. Tampa Street, Suite 3700, Tampa, FL 33602, the attorney of record on this 2nd day of July, 2025.

By: *s/Helen H. Albee*
Helen H. Albee