UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:25-cv-00682-MHH-SJH

THE GRAY INSURANCE COMPANY,

    Plaintiff,

v.

JAX REFRIGERATION, INC d/b/a JAX Mechanical,
JAX REFRIGERATION, LLC; JAX HVAC, INC.,
LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, and SAMANTHA A. LOWERY,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF LEAD COUNSEL

    Please take notice of the appearance of the undersigned attorney as lead counsel of record for Defendants, JAX REFRIGERATION, INC d/b/a JAX Mechanical, JAX REFRIGERATION, LLC; JAX HVAC, INC., LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST, MARK A. LOWERY, and SAMANTHA A. LOWERY in the above-styled case. The undersigned attorney does hereby respectfully request that copies of all notices, pleadings, orders and other filings of any nature be served upon said counsel pursuant to the provisions of the Federal Rules of Civil Procedure and the Local Rules of this Court.

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 2nd day of July, 2025.

**TRITT & ASSOCIATES, P.A.**

s/Helen H. Albee
Helen H. Albee
Florida Bar No.: 987247
707 Peninsular Place
Jacksonville, FL 32204
Telephone: (904) 354-5200
Facsimile: (904) 354-5256
Email: helen.albee@atritt.com
Secondary Email: Karen.farber@atritt.com
Lead Counsel for Defendants JAX REFRIGERATION, INC d/b/a JAX Mechanical, JAX REFRIGERATION, LLC; JAX HVAC, INC., LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST, MARK A. LOWERY, and SAMANTHA A. LOWERY