## RETURN OF SERVICE

**State of Florida**  **County of**  **Middle District Court**

Case Number: 3:25-CV-00682-MMH-SJH

Plaintiff:
**THE GRAY INSURANCE COMPANY,**

vs.

Defendants:
**JAX REFRIGERATION, INC. D/B/A**
**JAX MECHANICAL,**
**JAX REFRIGERATION, LLC.,**
**JAX HVAC, INC.,**
**LDDV, LLC,**
**LOWERY REVOCABLE FAMILY TRUST,**
**MARK A. LOWERY, AND**
**SAMANTHA A. LOWERY,**

For:
ALBERTA ADAMS
PASKERT DIVERS THOMPSON
100 NORTH TAMPA STREET
#3700
TAMPA, FL 33602

Received by RONALD E TAYLOR on the 19th day of June, 2025 at 10:23 am to be served on **JAX HVAC, INC. C/O M. THOMAS SCOTT, REGISTERED AGENT, 50 NORTH LAURA STREET, SUITE 3000, JACKSONVILLE, Duval County, FL 32202**

I, RONALD E TAYLOR, do hereby affirm that on the **26th day of June, 2025** at **11:00 am, I:**

served a **CORPORATE REGISTERED AGENT** in their Representative Capacity by delivering a true copy of the **FEDERAL SUMMONS, COMPLAINT WITH ATTACHED EXHIBITS A, B, AND C, AND CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **M. SCOTT THOMAS** as Registered Agent at the address of: **BURR & FORMAN, 50 NORTH LAURA STREET, SUITE 3000, JACKSONVILLE, DUVAL County, FL 32202** on behalf of **JAX HVAC, INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind and I have no interest in the above action.

*[signature]*
**RONALD E TAYLOR**
Federal Service

**FAST-TRACK LEGAL SERVICES, INC.**
**(813) 376-0595**

Our Job Serial Number: RET-2025001686

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a