## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:25-CV-00682-MMH-SJH

Plaintiff:
**THE GRAY INSURANCE COMPANY,**

vs.

DEFENDANTS:
**JAX REFRIGERATION, INC. D/B/A JAX MECHANICAL,
JAX REFRIGERATION, LLC.,
JAX HVAC, INC.,
LDDV, LLC,
LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, AND
SAMANTHA A. LOWERY,**

For:
ALBERTA ADAMS
PASKERT DIVERS THOMPSON
100 NORTH TAMPA STREET
#3700
TAMPA, FL 33602

Received by RONALD E TAYLOR on the 19th day of June, 2025 at 10:32 am to be served on **JAX REFRIGERATION, INC. D/B/A JAX MECHANICAL, C/O M. SCOTT THOMAS, REGISTERED AGENT, 50 NORTH LAURA STREET, SUITE 3000, JACKSONVILLE, DUVAL County, FL 32202**

I, RONALD E TAYLOR, do hereby affirm that on the **26th day of June, 2025** at **11:00 am,** I:

served a **CORPORATE REGISTERED AGENT** in their Representative Capacity by delivering a true copy of the **FEDERAL SUMMONS, COMPLAINT WITH ATTACHED EXHIBITS A, B, AND C, AND CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **M. SCOTT THOMAS** as **Registered Agent** at the address of: **BURR & FORMAN, 50 NORTH LAURA STREET, SUITE 3000, JACKSONVILLE, DUVAL County, FL 32202** on behalf of **JAX REFRIGERATION, INC.,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind and I have no interest in the above action.

*/s/ Ronald E Taylor*
**RONALD E TAYLOR**
Federal Service

**FAST-TRACK LEGAL SERVICES, INC.**
(813) 376-0595

Our Job Serial Number: RET-2025001685

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a