**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THE GRAY INSURANCE COMPANY,

    Plaintiff,

v.                                          Case No. 3:25-cv-00682-MHH-SJH

JAX REFRIGERATION, INC d/b/a JAX Mechanical,
JAX REFRIGERATION, LLC; JAX HVAC, INC.,
LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, and SAMANTHA A. LOWERY,

    Defendant[s].

_____

**LDDV, LLC'S DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐    No.

    ☒    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☒    The filer has no parent corporation.

        ☐    No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: LDDV, LLC is a limited liability company formed pursuant to the laws of the State of Florida with its principal place of business in Jacksonville Beach, Florida.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

    ☐ No.

    ☒ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.
The members of LDDV, LLC are Samatha Lowery and Kamren Nix, who are both citizens of the State of Florida, and Jackson Walker who is a citizen of the State of Texas

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

    ☒ No.

    ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

    ☒ No.

    ☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

    ☒ No.

    ☐  Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

 e. Has the filer identified any corporation?

    ☒  No.

    ☐  Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

 f. Has the filer identified any natural person?

    ☒  No.

    ☐  Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☐  No.

  ☒  Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    The Gray Insurance Company, Plaintiff
    Gray & Company, owner of The Gray Insurance Company
    Paskert Divers Thompson, Gray's counsel
    Alberta L. Adams, Esq., Gray's counsel
    JAX Refrigeration, Inc. dba JAX Mechanical, Defendant
    JAX Refrigeration, LLC, Defendant
    JAX HVAC, Inc., Defendant
    LDDV, LLC, Defendant
    Lowery Revocable Family Trust, Defendant

        Mark A. Lowery, Defendant
        Samantha A. Lowery, Defendant
        Tritt & Associates, P.A., Defendants' Counsel
        Helen H. Albee, Esq., Defendants' Counsel
        Kamren Nix
        Jackson Walker

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒   No.

   ☐   Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒   No.

   ☐   Yes, and the debtor is [].

   ☐   Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒   No.

   ☐   Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒   No.

   ☐   Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒   Yes.

**RESPECTFULLY SUBMITTED,**

**TRITT & ASSOCIATES, P.A.**

s/Helen H. Albee
Helen H. Albee
Florida Bar No.: 987247
707 Peninsular Place
Jacksonville, FL 32204
Telephone: (904) 354-5200
Facsimile: (904) 354-5256
Email:  helen.albee@atritt.com
Secondary Email:
Karen.farber@atritt.com
Lead Counsel for Defendants JAX REFRIGERATION, INC d/b/a JAX Mechanical, JAX REFRIGERATION, LLC; JAX HVAC, INC., LDDV, LLC; LOWERY REVOCABLE FAMILY TRUST, MARK A. LOWERY, and SAMANTHA A. LOWERY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 14th day of July, 2025.

*S/Helen H. Albee*
Helen H. Albee