UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| THE GRAY INSURANCE COMPANY | ) |
| Plaintiff, | ) CASE NO.: **3:25-cv-682-MMH-SJH** |
| | ) |
| v. | ) |
| | **)** |
| MARK A. LOWERY, et al. | ) |
| Defendant. | ) |
| | ) |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant(s), **Mark A. Lowery.** through his/her undersigned attorney, and would show the Court:

1. He/She has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the **Middle District of Florida**, which bears the case number **3:25-bk-02562 - CHAPTER 11**.

2. Relief was ordered on **7/28/2025**.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

**/s/ Bryan K. Mickler**
**Bryan K. Mickler 091790**
Attorney for Defendant
**Law Offices of Mickler & Mickler, LLP**
**5452 Arlington Expy.**
**Jacksonville, FL 32211**
**904-725-0822**
Fax: **904-725-0855**
**court@planlaw.com**

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was delivered by email to **PLAINTIFF**, this **July 28, 2025**.

**/s/ Bryan K. Mickler**
**Bryan K. Mickler 091790**
Attorney for Defendant
**Law Offices of Mickler & Mickler, LLP**
**5452 Arlington Expy.**
**Jacksonville, FL 32211**
**904-725-0822**
Fax: **904-725-0855**
**court@planlaw.com**