IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

      Plaintiff,

v.   Case No.: 3:25-CV-00682

JAX REFRIGERATION, INC. DBA
JAX MECHANICAL,
JAX REFRIGERATION, LLC,
JAX HVAC, INC., LDDV, LLC,
LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, AND
SAMANTHA A. LOWERY,

      Defendants.
_____/

**THE GRAY INSURANCE COMPANY'S MOTION TO
LIFT STAY AS TO ALL DEFENDANTS EXCEPT MARK A. LOWERY**

Plaintiff, The Gray Insurance Company ("Gray"), through undersigned counsel, moves this Court to Lift the Stay entered by the Court on July 29, 2025 (Doc. 22) as to defendants JAX Refrigeration, Inc. dba JAX Mechanical, JAX Refrigeration, LLC, JAX HVAC, Inc., LDDV, LLC, Lowery Revocable Family Trust, and Samantha A. Lowery (the "Non-Debtor Indemnitors") (i.e, all defendants except Mark A. Lowery) and in support states:

1. Gray filed the instant action on June 17, 2025 (Doc. 1) seeking indemnity and other relief from the Non-Debtor Indemnitors and Mark A. Lowery.

2. Defendant Mark A. Lowery filed for bankruptcy protection under Chapter 11 of the Bankruptcy Code on July 28, 2025, and on that same day filed a

Suggestion of Bankruptcy in this action (Doc. 21).

3. As a result, the Court entered an Order staying this action in its entirety and administratively closing the case (Doc. 22).

4. Because the automatic stay in Mark A. Lowery's bankruptcy action does not extend to the Non-Debtor Defendants, Gray filed a Motion for Order that the Automatic Stay Does Not Apply to Non-Debtor Indemnitors (the "Stay Relief Motion") in the Mark A. Lowery bankruptcy action.

5. After a hearing on the Stay Relief Motion, the Bankruptcy Court entered an Order granting the Stay Relief Motion, and stating: "The automatic stay in the captioned matter is limited to actions against the Debtor, Mark A. Lowery, and does not apply to The Gray Insurance Company's ("Gray") pending action against non-debtors JAX HVAC, Inc., JAX Refrigeration, Inc. dba JAX Mechanical, JAX Refrigeration, LLC, LDDV, LLC, Lowery Revocable Family Trust, and Samantha A. Lowery (collectively, the "Non-Debtor Indemnitors") or any other action by Gray against the Non-Debtor Indemnitors. Gray may proceed with its claims in the litigation filed in the United States District Court for the Middle District of Florida against the Non-Debtor Indemnitors." The Order further provides that the stay remains in effect as to Mark A. Lowery and that "[a]ny judgment or order entered in connection with Gray's action against the Non-Debtor Indemnitors, or any of them, shall not have any collateral estoppel or res judicata or other preclusive effect as to the Debtor." A copy of Judge Brown's Order is attached as **Exhibit "A."**

6. Based on the finding by the Bankruptcy Court that the automatic stay in the Mark A. Lowery bankruptcy does not extend to the Non-Debtor Indemnitors, Gray requests that this Court lift the stay entered in and reopen this action to allow Gray to proceed with its claims against the Non-Debtor Indemnitors.

7. None of the Non-Debtor Indemnitors have appeared in this action (certain Non-Debtor Defendants had not been served prior to the stay) and, therefore, Gray is unable to confer regarding their position on this Motion. However, bankruptcy counsel for Mark A. Lowery appeared at the hearing on Gray's Stay Relief Motion and approved the form of Order entered by the Bankruptcy Court.

WHEREFORE, The Gray Insurance Company respectfully requests this Court to lift the stay entered by the Court on July 29, 2025 (Doc. 22) as to defendants JAX Refrigeration, Inc. dba JAX Mechanical, JAX Refrigeration, LLC, JAX HVAC, Inc., LDDV, LLC, Lowery Revocable Family Trust, and Samantha A. Lowery, and reopen this action as to these defendants.

PASKERT DIVERS THOMPSON

/s/   *Alberta L. Adams*
ALBERTA L. ADAMS
Florida Bar No. 80063
Email: aadams@pdtlegal.com
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
(813) 229-3500 – Telephone
(813) 229-3502 – Facsimile
*Attorneys for The Gray Insurance Company*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provided electronic notice to all counsel of record.

*/s/ Alberta L. Adams*
Attorney

# EXHIBIT "A"

**ORDERED.**

Dated: August 22, 2025

*/s/ Jacob A. Brown*
Jacob A. Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

MARK A. LOWERY

    Debtor-in-Possession.
_____/

Case No. 3:25-bk-02562-JAB

Chapter 11

**ORDER GRANTING THE GRAY INSURANCE COMPANY'S
MOTION FOR ORDER THAT THE AUTOMATIC STAY
DOES NOT APPLY TO NON-DEBTOR INDEMNITORS (DOC. NO. 29)**

This case was before the Court on August 19, 2025 at 3:00 P.M. upon The Gray Insurance Company's Motion for Order that the Automatic Stay Does Not Apply to Non-Debtor Indemnitors (Doc. No. 29) (the "Motion"). After considering the Motion, the arguments of counsel and being otherwise advised in the premises, IT IS ORDERED that:

1.     The Motion is Granted. The automatic stay in the captioned matter is limited to actions against the Debtor, Mark A. Lowery, and does not apply to The Gray Insurance

1

Company's ("Gray") pending action against non-debtors JAX HVAC, Inc., JAX Refrigeration, Inc. dba JAX Mechanical, JAX Refrigeration, LLC, LDDV, LLC, Lowery Revocable Family Trust, and Samantha A. Lowery (collectively, the "Non-Debtor Indemnitors") or any other action by Gray against the Non-Debtor Indemnitors. Gray may proceed with its claims in the litigation filed in the United States District Court for the Middle District of Florida against the Non-Debtor Indemnitors.

2. The automatic stay remains in full force and effect as to the Debtor.

3. Any judgment or order entered in connection with Gray's action against the Non-Debtor Indemnitors, or any of them, shall not have any collateral estoppel or res judicata or other preclusive effect as to the Debtor.

Attorney Alberta L. Adams, counsel for The Gray Insurance Company is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.