UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

    Plaintiff,

vs.       Case No. 3:25-cv-682-MMH-SJH

JAX REFRIGERATION, INC.,
d/b/a JAX MECHANICAL, et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on The Gray Insurance Company's Motion to Lift Stay as to all Defendants Except Mark A. Lowery (Dkt. No. 23; Motion) filed on September 5, 2025. In the Motion, Plaintiff requests that the Court lift the stay in this case as to all Defendants except Mark A. Lowery. See generally Motion. After due consideration, it is

**ORDERED:**

1. The Gray Insurance Company's Motion to Lift Stay as to all Defendants Except Mark A. Lowery (Dkt. No. 23) is **GRANTED**.

2. The Clerk of the Court is directed to lift the stay and administratively reopen this case for all Defendants except Mark A. Lowery.

3. The parties are directed to file a case management report no later than **September 30, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of September, 2025.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record