UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

      Plaintiff,

vs.                                      Case No. 3:25-cv-682-MMH-SJH

JAX REFRIGERATION, INC.,
d/b/a JAX MECHANICAL, et al.,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Uniform Case Management Report (Dkt. No. 25; CMR) filed by the parties on September 24, 2025. In the CMR, the parties state that they consent to trial presided over by a United States Magistrate Judge. See CMR at 3. In order for the parties to proceed in this manner, all parties must sign the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. This form may be found on the Court's website at www.flmd.uscourts.gov under Forms / Civil Forms – Form Number AO 85. Please note that all parties must execute the same form. Although the undersigned encourages the parties to consider consenting to the

assigned magistrate judge's jurisdiction, any party is free to withhold his or her consent without suffering any adverse consequences.[1]

In light of the foregoing, it is

**ORDERED:**

The parties shall have up to and including **October 9, 2025**, to file the consent form should they elect to proceed in this manner at this time. If the form is not received by this date, the undersigned will enter a Case Management and Scheduling Order.[2]

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of September, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

---

[1] In the event that the parties are unable to agree on whether this case should be handled by a magistrate judge pursuant to 28 U.S.C. § 636(c) and Rule 73, the parties are admonished that they are not, at any time, to reveal to the Court which party or parties declines to consent.

[2] The undersigned takes this opportunity to remind the parties that if they do not file the consent form by this date, they will not be foreclosed from the opportunity to consent to the jurisdiction of the assigned magistrate judge at some point in the future. The parties may complete the required form, at any time, and the undersigned will consider whether it is appropriate to refer this case to the assigned magistrate judge to conduct all proceedings and order the entry of judgment.