# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### CHOOSE DIVISION

Plaintiffs,

v.

Case No.

Defendants.

## Mediation Report

The parties held a mediation conference on _____, and the results of that conference are indicated below.

### 1. Attendance

The following participants attended the mediation conference:

☐ lead counsel

☐ the parties or a party's surrogate satisfactory to the mediator

☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____
_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

_____
Add name of mediator
If counsel, add name of client
Add date of signature

2