U.S. District Court
Middle District of Florida (Jacksonville)
CIVIL DOCKET FOR CASE #: 3:25-cv-00682-MMH-SJH

| | |
|---|---|
| The Gray Insurance Company v. JAX Refrigeration, Inc. et al | Date Filed: 06/17/2025 |
| Assigned to: Judge Marcia Morales Howard | Jury Demand: None |
| Referred to: Magistrate Judge Samuel J. Horovitz | Nature of Suit: 190 Contract: Other |
| Demand: $2,300,000 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Breach of Contract | |

**Plaintiff**

**The Gray Insurance Company**     represented by     **Alberta L. Adams**
Paskert Divers Thompson
100 North Tampa Street
Suite 3700
Tampa, FL 33602
813-229-3500
Email: aadams@pdtlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Jax Refrigeration, Inc.**     represented by     **Helen Heim Albee**
*doing business as*
Jax Mechanical
Tritt & Associates, PA
707 Peninsular Place
Jacksonville, FL 32204
904-354-5200
Fax: 904-354-5256
Email: helen.albee@atritt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jax Refrigeration, LLC**     represented by     **Helen Heim Albee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAX HVAC, Inc.**     represented by     **Helen Heim Albee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| LDDV, LLC | represented by **Helen Heim Albee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| Lowery Revocable Family Trust | represented by **Helen Heim Albee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| Mark A. Lowery | represented by **Helen Heim Albee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan K. Mickler**<br>Mickler & Mickler<br>5452 Arlington Expy<br>Jacksonville, FL 32211<br>904/725-0822<br>Fax: 904/725-0855<br>Email: bkmickler@planlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| Samantha A. Lowery | represented by **Helen Heim Albee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2025 | 1 | COMPLAINT against Jax HVac, Inc., Jax Refrigeration, Inc., Jax Refrigeration, LLC, LDDV, LLC, Mark A. Lowery, Samantha A. Lowery, Lowery Revocable Family Trust (Filing fee $405 receipt number AFLMDC-23495769) filed by The Gray Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet, # 5 Proposed Summons, # 6 Proposed Summons, # 7 Proposed Summons, # 8 Proposed Summons, # 9 Proposed Summons, # 10 Proposed Summons, # 11 Proposed Summons)(Adams, Alberta) Modified on 6/18/2025 to edit text. (JVC) (Entered: 06/17/2025) |
| 06/17/2025 | 2 | NEW CASE ASSIGNED to Judge Marcia Morales Howard and Magistrate Judge Samuel J. Horovitz. New case number: 3:25-cv-682-MMH-SJH. (AA) (Entered: 06/17/2025) |
| 06/17/2025 | 3 | NOTICE of Lead Counsel Designation by Alberta L. Adams on behalf of The Gray Insurance Company. Lead Counsel: Alberta L. Adams. (Adams, Alberta) (Entered: 06/17/2025) |
| 06/17/2025 | 4 | STRICKEN per Order 7, DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by The Gray Insurance Company. (Adams, Alberta) Modified on 6/20/2025 to edit the docket text (MLB). (Entered: 06/17/2025) |

| | | |
|---|---|---|
| 06/18/2025 | 5 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (JW) (Entered: 06/18/2025) |
| 06/18/2025 | 6 | SUMMONS issued as to Jax HVac, Inc., Jax Refrigeration, Inc., Jax Refrigeration, LLC, LDDV, LLC, Mark A. Lowery, Samantha A. Lowery, Lowery Revocable Family Trust. (JVC) (Entered: 06/18/2025) |
| 06/18/2025 | 7 | **ORDER striking 4 Plaintiff's Disclosure Statement. Plaintiff shall carefully and properly complete and file a disclosure statement pursuant to Local Rule 3.03 on or before June 25, 2025. Signed by Magistrate Judge Samuel J. Horovitz on 6/18/2025. (KTQ)** (Entered: 06/18/2025) |
| 06/19/2025 | 8 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by The Gray Insurance Company. (Adams, Alberta) (Entered: 06/19/2025) |
| 06/27/2025 | 9 | RETURN of service executed on June 19, 2025 by The Gray Insurance Company as to Jax Refrigeration, LLC. (Adams, Alberta) (Entered: 06/27/2025) |
| 07/02/2025 | 10 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by All Defendants. (Albee, Helen) Motions referred to Magistrate Judge Samuel J. Horovitz. (Entered: 07/02/2025) |
| 07/02/2025 | 11 | NOTICE of *Lead Counsel* Appearance by Helen Heim Albee on behalf of JAX HVAC, Inc., Jax Refrigeration, Inc., Jax Refrigeration, LLC, LDDV, LLC, Mark A. Lowery, Samantha A. Lowery, Lowery Revocable Family Trust (Albee, Helen) (Entered: 07/02/2025) |
| 07/03/2025 | 12 | **ENDORSED ORDER granting 10 Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Defendants shall have up to and including July 30, 2025, to respond to the 1 Complaint. Signed by Magistrate Judge Samuel J. Horovitz on 7/3/2025. (JLW)** (Entered: 07/03/2025) |
| 07/11/2025 | 13 | **ORDER directing Defendants to file their disclosure statements so the Court can determine whether it has jurisdiction over this action. On or before August 1, 2025, Defendants shall file their disclosure statements consistent with the directives of this Order. See Order for details. Signed by Judge Marcia Morales Howard on 7/11/2025. (EJK)** (Entered: 07/11/2025) |
| 07/11/2025 | 14 | RETURN of service executed on June 26, 2025 by The Gray Insurance Company as to JAX HVAC, Inc.. (Adams, Alberta) (Entered: 07/11/2025) |
| 07/11/2025 | 15 | RETURN of service executed on June 26, 2025 by The Gray Insurance Company as to Jax Refrigeration, Inc.. (Adams, Alberta) (Entered: 07/11/2025) |
| 07/11/2025 | 16 | RETURN of service executed on June 26, 2025 by The Gray Insurance Company as to LDDV, LLC. (Adams, Alberta) (Entered: 07/11/2025) |
| 07/14/2025 | 17 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by JAX HVAC, Inc. (Albee, Helen) Modified text on 7/14/2025 (MGB). (Entered: 07/14/2025) |

| Date | # | Description |
|---|---|---|
| 07/14/2025 | 18 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Jax Refrigeration, Inc. (Albee, Helen) Modified text on 7/14/2025 (MGB). (Entered: 07/14/2025) |
| 07/14/2025 | 19 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Jax Refrigeration, LLC. (Albee, Helen) (Entered: 07/14/2025) |
| 07/14/2025 | 20 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by LDDV, LLC. (Albee, Helen) (Entered: 07/14/2025) |
| 07/28/2025 | 21 | SUGGESTION of Bankruptcy by Mark A. Lowery by Mark A. Lowery. (Mickler, Bryan) (Entered: 07/28/2025) |
| 07/29/2025 | 22 | **ORDER staying case. The Clerk of the Court is directed to administratively close the case. Status report due December 1, 2025, and every 120 days thereafter, advising the Court of the status of the bankruptcy proceedings. Signed by Judge Marcia Morales Howard on 7/29/2025. (JW)** (Entered: 07/29/2025) |
| 09/05/2025 | 23 | MOTION for Miscellaneous Relief, specifically to Lift Stay as to All Defendants Except Mark A. Lowery by The Gray Insurance Company. (Attachments: # 1 Exhibit A) (Adams, Alberta) (Entered: 09/05/2025) |
| 09/10/2025 | 24 | **ORDER granting 23 The Gray Insurance Company's Motion to Lift Stay as to all Defendants Except Mark A. Lowery. The Clerk of the Court is directed to lift the stay and administratively reopen this case for all Defendants except Mark A. Lowery. Case Management Report due September 30, 2025. Signed by Judge Marcia Morales Howard on 9/10/2025. (JW)** (Entered: 09/10/2025) |
| 09/24/2025 | 25 | CASE MANAGEMENT REPORT. (Adams, Alberta) (Entered: 09/24/2025) |
| 09/25/2025 | 26 | **ORDER regarding 25 Uniform Case Management Report. The parties shall have up to and including October 9, 2025, to file the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form should they elect to proceed in that manner at this time. Signed by Judge Marcia Morales Howard on 9/25/2025. (JW)** (Entered: 09/25/2025) |
| 09/25/2025 | 27 | CASE MANAGEMENT REPORT. (Adams, Alberta) (Entered: 09/25/2025) |