**IN THE DISTRICT COURT OF**
**MIDDLE DISTRICT, FL**

| | | |
|---|---|---|
| The Gray Insurance Co. | ) | |
|       Plaintiff, | ) | CASE NO.: 3:25-cv-682-MMH-SJH |
| | ) | |
|       v. | ) | |
| | **)** | |
| Jax Hvac, Inc., et al. | ) | |
|       Defendant. | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant(s),  **Jax Hvac, Inc.** through his/her undersigned attorney, and would show the Court:

1. He/She has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the  **Middle District of Florida** , which bears the case number  **3:25-bk-03560 - CHAPTER 7** .

2. Relief was ordered on  **10/02/2025** .

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

                                                               **/s/ Bryan K. Mickler**
                                                               **Bryan K. Mickler 091790**
                                                               Attorney for Defendant
                                                               **Law Offices of Mickler & Mickler, LLP**
                                                               **5452 Arlington Expy.**
                                                               **Jacksonville, FL 32211**
                                                               **904-725-0822**
                                                               Fax: **904-725-0855**
                                                               **court@planlaw.com**

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was delivered by email to  **PLAINTIFF** , this  **October 02, 2025** .

                                                               **/s/ Bryan K. Mickler**
                                                               **Bryan K. Mickler 091790**
                                                               Attorney for Defendant
                                                               **Law Offices of Mickler & Mickler, LLP**
                                                               **5452 Arlington Expy.**
                                                               **Jacksonville, FL 32211**
                                                               **904-725-0822**
                                                               Fax: **904-725-0855**
                                                               **court@planlaw.com**