IN THE DISTRICT COURT OF
MIDDLE DISTRICT, FL

| | | |
|---|---|---|
| The Gray Insurance Co. | ) | |
|       Plaintiff, | ) | CASE NO.: 3:25-cv-682-MMH-SJH |
| | ) | |
| v. | ) | |
| | **)** | |
| Jax Refrigeration, LLC., et al. | ) | |
|       Defendant. | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant(s), __Jax Hvac, Inc.__ through his/her undersigned attorney, and would show the Court:

1. He/She has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the __Middle District of Florida__, which bears the case number __3:25-bk-03561 - CHAPTER 7__.

2. Relief was ordered on __10/02/2025__.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

 

/s/ Bryan K. Mickler
**Bryan K. Mickler 091790**
Attorney for Defendant
**Law Offices of Mickler & Mickler, LLP**
**5452 Arlington Expy.**
**Jacksonville, FL 32211**
**904-725-0822**
Fax: **904-725-0855**
**court@planlaw.com**

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was delivered by email to __PLAINTIFF__, this __October 02, 2025__.

/s/ Bryan K. Mickler
**Bryan K. Mickler 091790**
Attorney for Defendant
**Law Offices of Mickler & Mickler, LLP**
**5452 Arlington Expy.**
**Jacksonville, FL 32211**
**904-725-0822**
Fax: **904-725-0855**
**court@planlaw.com**