UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

    Plaintiff,

vs.                                        Case No. 3:25-cv-682-MMH-SJH

JAX REFRIGERATION, INC.,
d/b/a JAX MECHANICAL, et al.,

    Defendants.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court on the Suggestion of Bankruptcy (Dkt. No. 29; Suggestion) and the Amended Suggestion of Bankruptcy (Dkt. No. 31; Amended Suggestion), both filed on October 2, 2025. In the Suggestion, the Court is advised that Defendant JAX HVAC, Inc. filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Middle District of Florida. See Suggestion at 1. In the Amended Suggestion, the Court is advised that Defendant JAX Refrigeration, LLC has also filed a Chapter 7 bankruptcy petition. A Suggestion of Bankruptcy as to Mark A. Lowery was previously filed on July 28, 2025. See Suggestion of Bankruptcy (Dkt. No. 21). Accordingly, it is

    **ORDERED:**

No later than **October 17, 2025**, the parties shall advise the Court of whether this action should now be stayed in its entirety.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of October, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record