IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

      Plaintiff,

v.                                       Case No.: 3:25-CV-00682

JAX REFRIGERATION, INC. DBA
JAX MECHANICAL,
JAX REFRIGERATION, LLC,
JAX HVAC, INC., LDDV, LLC,
LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, AND
SAMANTHA A. LOWERY,

      Defendants.
_____/

### THE GRAY INSURANCE COMPANY'S NOTICE OF DISMISSAL OF LOWERY REVOCABLE FAMILY TRUST

    Plaintiff, The Gray Insurance Company ("Gray"), through its undersigned counsel, pursuant to Fed.R.Civ.P. 41(1)(a)(i), hereby gives notice of Gray's voluntary dismissal of Lowery Revocable Family Trust ("the Trust") from this action, without prejudice. The Trust has not served an answer or a motion for summary judgment in this matter. This dismissal does not apply to any defendant other than the Trust.

                                                PASKERT DIVERS THOMPSON

                                                /s/ *Alberta L. Adams*
                                                ALBERTA L. ADAMS
                                               Florida Bar No. 80063
                                               aadams@pdtlegal.com
                                               100 North Tampa Street, Suite 3700
                                               Tampa, FL 33602
                                               Telephone: (813) 229-3500
                                               Facsimile: (813) 229-3502

*Attorneys for The Gray Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2025, I electronically filed the foregoing with the Court's CM/ECF system, which will provide service via electronic mail to all registered participants registered to receive CM/ECF notification from the Court, and via U.S. Mail to the Defendants:

Helen H. Albee
Tritt & Associates, P.A.
707 Peninsular Place
Jacksonville, FL  32204

By: */s/ Alberta L. Adams*
      *Attorney*