# EXHIBIT "A"

Company, its agents, employees, representatives and attorneys, from pursuing any and all claims it may have against non-debtor indemnitors of the Debtor.

2. The Court retains jurisdiction to resolve any disputes arising from the interpretation and/or implementation of this Order.

###

Attorney Daniel Etlinger is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of this Order.

2

2

Company's ("Gray") pending action against non-debtors JAX HVAC, Inc., JAX Refrigeration, Inc. dba JAX Mechanical, JAX Refrigeration, LLC, LDDV, LLC, Lowery Revocable Family Trust, and Samantha A. Lowery (collectively, the "Non-Debtor Indemnitors") or any other action by Gray against the Non-Debtor Indemnitors.  Gray may proceed with its claims in the litigation filed in the United States District Court for the Middle District of Florida against the Non-Debtor Indemnitors.

2. The automatic stay remains in full force and effect as to the Debtor.

3. Any judgment or order entered in connection with Gray's action against the Non-Debtor Indemnitors, or any of them, shall not have any collateral estoppel or res judicata or other preclusive effect as to the Debtor.

Attorney Alberta L. Adams, counsel for The Gray Insurance Company is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.