# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

    Plaintiff,

vs.                                                Case No. 3:25-cv-682-MMH-SJH

JAX REFRIGERATION, INC.,
d/b/a JAX MECHANICAL, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on The Gray Insurance Company's Notice of Dismissal of Lowery Revocable Family Trust (Dkt. No. 33; Notice) filed on October 15, 2025. In the Notice, Plaintiff requests dismissal, without prejudice, of the claims raised against the Lowery Revocable Family Trust. See Notice at 1. Upon review of the docket, the Court notes that this Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    The claims raised against the Lowery Revocable Family Trust are **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate this Defendant.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of October, 2025.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record