# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

      Plaintiff,

vs.                                              Case No. 3:25-cv-682-MMH-SJH

JAX REFRIGERATION, INC.,
d/b/a JAX MECHANICAL, et al.,

      Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on The Gray Insurance Company's Response to Order Regarding Stay Issue (Doc. 32) (Dkt. No. 34; Response) filed on October 16, 2025. In the Response, Plaintiff asserts that this action should only be stayed as to the Defendants that have filed for bankruptcy. See generally Response. Plaintiff advises the Court that counsel for the two non-debtor Defendants, Samantha Lowery and LDDV, does not object to Plaintiff's position regarding the stay. See id. at 4.

Defendants JAX HVAC, Inc. and Jax Refrigeration, LLC (formerly Jax Refrigeration, Inc.) have filed bankruptcy petitions.[1] See Suggestions of

---

[1] Defendant Mark A. Lowery's Suggestion of Bankruptcy (Dkt. No. 21) was filed on July 28, 2025, and this case has already been stayed with regard to the claims raised against him, see Order (Dkt. No. 22) entered on July 29, 2025, and Order (Dkt. No. 24) entered on September 10, 2025.

Bankruptcy (Dkt. Nos. 29, 31).  Generally, a bankruptcy petition operates as a stay of all judicial proceedings against the debtor.  See 11 U.S.C. § 362(a).  The stay continues until the debtor's debts are discharged, the stay is lifted, or the bankruptcy case is closed or dismissed.  See 11 U.S.C. § 362(c).  Accordingly, it is

    **ORDERED:**

1. This case is **STAYED** as to the claims raised against all Defendants except for Samantha A. Lowery and LDDV, LLC.  The claims against these two Defendants will proceed.

2. The parties are directed to file a status report with this Court on **December 1, 2025**, and every **120 days thereafter**, advising the Court of the status of the bankruptcy proceedings.

3. The parties may seek to lift the stay upon proper motion at the conclusion of the bankruptcy proceedings if they do not resolve this suit.  If the bankruptcy proceedings resolve this suit, Plaintiff shall promptly move to dismiss this action.

    **DONE AND ORDERED** in Jacksonville, Florida this 22nd day of October, 2025.

*[Signature: Marcia Morales Howard]*

MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja

Copies to:

Counsel of Record