IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

      Plaintiff,

v.                                         Case No.: 3:25-CV-00682

JAX REFRIGERATION, INC. DBA
JAX MECHANICAL,
JAX REFRIGERATION, LLC,
JAX HVAC, INC., LDDV, LLC,
LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, AND
SAMANTHA A. LOWERY,

      Defendants.
_____/

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, The Gray Insurance Company ("Gray"), and Defendants LDDV, LLC and Samantha A. Lowery ("Defendants"), by and through their respective undersigned counsel, jointly move this honorable Court for an order staying this action pending performance of a settlement agreement between the parties and in support thereof state:

    1.    Gray filed the Complaint in this matter on June 17, 2025 (Doc. 1) seeking indemnity and other relief from various original defendants. Various of the original defendants filed for bankruptcy protection or were dismissed, leaving the Defendants as the only remaining defendants.

2. Plaintiff and Defendants have reached an amicable resolution of their differences and have executed a Mutual Release and Settlement Agreement ("Agreement") that calls for various payments, the last of which falls due on or before January 1, 2027.

3. In the Agreement, Plaintiff and Defendants agreed to ask that the Court stay and administratively close this action, without prejudice to Plaintiff's right to move to reopen in the event of default under the Agreement.

4. Staying this action promotes judicial efficiency by avoiding the need to file a separate action in the event of a default under the Agreement.

Accordingly, Plaintiff and Defendants request that the Court stay and administratively close this action, without prejudice to Plaintiff's right to move to reopen in the event of default under the Agreement.

PASKERT DIVERS THOMPSON

*/s/   Alberta L. Adams*
ALBERTA L. ADAMS
Florida Bar No. 80063
Email: aadams@pdtlegal.com
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
(813) 229-3500 – Telephone
(813) 229-3502 – Facsimile
*Attorneys for The Gray Insurance Company*

TRITT & ASSOCIATES, P.A.

*/s/ Helen H. Albee*
Helen H. Albee
Florida Bar No. 987247
707 Peninsular Place
Jacksonville, FL 32204

3

Telephone: (904) 354-5200  
Facsimile: (904) 354-5256  
Email: helen.albee@atritt.com  
karen.farber@atritt.com  
Attorneys for LDDV, LLC and SAMANTHA A. LOWERY

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provided electronic notice to all counsel of record.

*/s/ Alberta L. Adams*
Attorney