UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

    Plaintiff,

vs.                        Case No. 3:25-cv-682-MMH-SJH

JAX REFRIGERATION, INC.,
d/b/a JAX MECHANICAL, et al.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Joint Motion to Stay Proceedings (Dkt. No. 39; Motion) filed on January 16, 2026. In the Motion, Plaintiff and Defendants LDDV, LLC and Samantha Lowery seek a stay of this matter pending performance of a settlement agreement between them. See generally Motion. The case was previously stayed as to the Defendants who filed for bankruptcy protection, see Order (Dkt. No. 36), and Defendant The Lowery Revocable Family Trust has been dismissed, see Order (Dkt. No. 35). Accordingly, it is

    **ORDERED:**

    1.    The Joint Motion to Stay Proceedings (Dkt. No. 39) is **GRANTED**.

    2.    This case is **STAYED**.

3. The Clerk of Court is directed to terminate all pending motions and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

4. The parties are directed to file a status report with this Court on **May 20, 2026**, and every **120 days thereafter**, advising the Court of the status of the settlement.

5. The proceedings against the Defendants who filed for bankruptcy protection remain **STAYED**.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of January, 2026.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record