IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE GRAY INSURANCE COMPANY,

Plaintiff,

v. Case No.: 3:25-CV-00682

JAX REFRIGERATION, INC. DBA
JAX MECHANICAL,
JAX REFRIGERATION, LLC,
JAX HVAC, INC., LDDV, LLC,
LOWERY REVOCABLE FAMILY TRUST,
MARK A. LOWERY, AND
SAMANTHA A. LOWERY,

Defendants.
_________________________________/

**JOINT STATUS REPORT**

Plaintiff, The Gray Insurance Company ("Gray"), and Defendants LDDV, LLC and Samantha A. Lowery (collectively, the "Parties"), through their respective undersigned counsel, submit this Joint Status Report in connection with the Court's Order dated January 20, 2026 (Doc. 40). To date, Defendants have made all payments due through September 1, 2026, under the settlement agreement between the parties. All payments should be completed by January 1, 2027. The Parties request that the Court continue the stay that is currently in effect in this matter.

PASKERT DIVERS THOMPSON

*/s/ Alberta L. Adams*
ALBERTA L. ADAMS
Florida Bar No. 80063
Email: aadams@pdtlegal.com

100 North Tampa Street, Suite 3700
Tampa, Florida 33602
(813) 229-3500 – Telephone
(813) 229-3502 – Facsimile
*Attorneys for The Gray Insurance Company*

TRITT & ASSOCIATES, P.A.
*s/Helen H. Albee*
Helen H Albee
Florida Bar No. 987247
707 Peninsular Place
Jacksonville, FL 32204
Telephone: (904) 354-5200
Facsimile: (904) 354-5256
Email: helen.albee@atritt.com
karen.farber@atritt.com
Attorneys for LDDV, LLC and SAMANTHA A. LOWERY

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provided electronic notice to all counsel of record.

*/s/ Alberta L. Adams*
Attorney